JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 10-00147-RGK (Ex)** | Date | February 12, 2010 |
|---|---|---|---|
| Title | ***JIN KI LIM v. AMERICAN HOME MORTGAGE SERVICE, INC.*** | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) ORDER REMANDING CIVIL ACTION TO SUPERIOR COURT

On January 8, 2010, Defendant American Home Mortgage Service, Inc. ("AHMSI" or "Defendant") removed this action from the Superior Court State of California, County of Los Angeles, to the United States District Court, Central District of California, based on diversity jurisdiction, pursuant to 28 U.S.C. § 1332. On January 22, 2010, the Court issued an Order to Show Cause Re Lack of Jurisdiction ("OSC"), which required Defendant to submit evidence establishing that the Court has jurisdiction over this matter.

The Court ordered Defendants to submit information on: (1) percentage of gross revenue that it generates in California; (2) percentage of tangible property in California; and (3) percentage of employees located in California. Also, each Defendant was required to submit percentage figures on the top three states in which it generates revenue.

Defendant timely responded to the Court's Order on February 8, 2010, stating that it had "not been able to gather the requested percentages in time to meet the response deadline. Thus, AHMSI submits to the judgment of the Court with respect to the possible remand." (Defendant AMHSI's OSC Re: Lack of Jurisdiction, 2:7-9.)

      For the foregoing reasons, the above-titled case is ordered **REMANDED** to Superior Court for all further proceedings for lack of diversity jurisdiction.

      **IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | slw |